THE LAW FIRM
OF
SCOTT BRETTSCHNEIDER, P.C.
165 EAB PLAZA
WEST TOWER, 6TH FLOOR
UNIONDALE, NEW YORK 11556
TELEPHONE (516) 522-2728
FAX (516) 522-2729

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ FEB - 9 2005 ★

LONG ISLAND OFFICE

February 7, 2005

RECEIVED
★ FEB 9 2005

Joseph Jackson
#97A2371
Auburn Correctional Facility
135 State Street
Auburn, New York 13024

Dear Jospeh,

All of your files that I have were turned over to Anthony Mayol. I have advised all your attorneys Anthony, Godfrey Brown and Andrea Hirsch of this fact. I also have spoken to Michael Walsh who is willing ready and able to assist in any missing material.

Very truly,

Scott Brettschneider

Scott Brettschneider

cc: Judge Denis R. Hurley